**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JUAN L. RODRIGUEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 21-1222-RGA |
| CAPITAL VISION SERVICES, LLC *d/b/a* MY EYE DOCTOR, | ) ) ) ) |
| Defendant. | ) ) |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties that the above matter is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear their own fees and costs.

| | |
|---|---|
| **SCHMITTINGER & RODRIGUEZ, P.A** | **MORRIS JAMES LLP** |
| */s/ Dianna E. Stuart* | */s/ Allyson M. Britton* |
| William D. Fletcher (#362) | Allyson M. Britton (#4830) |
| Dianna E. Stuart (#6301) | 500 Delaware Avenue, Suite 1500 |
| 414 South State Street | P.O. Box 2306 |
| P.O. Box 497 | Wilmington, Delaware 19899-2306 |
| Dover, Delaware 19903-0497 | (302) 888-6800 |
| (302) 652-3676 | abritton@morrisjames.com |
| wfletcher@schmittrod.com | |
| dstuart@schmittrod.com | *Attorneys for Defendant Capital Vision Services, LLC d/b/a My Eye Doctor* |
| *Attorneys for Plaintiff Juan L. Rodriguez* | |

Dated: May 11, 2023

**SO ORDERED** this   11   day of     May    , 2023.

/s/ Richard G. Andrews
**UNITED STATES DISTRICT JUDGE**

16120218/1